### 19916. COTTON *v.* RAMSEY.

BROYLES, C. J. 1. Under the facts of the case as disclosed by the record, the court did not err in directing a verdict in favor of the plaintiff.

2. This court not being convinced that the writ of error was prosecuted for the purpose of delay only, the request of counsel for the defendant in error that damages be awarded is denied.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1929.

*E. T. Moon,* for plaintiff in error. *L. L. Meadors,* contra.